# Notice Recipients

District/Off: 0205–5     User: admin     Date Created: 3/6/2026

Case: 26–50161     Form ID: 309A     Total: 51

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Fabio Castro de Oliveira | 323 Fairfield Ave | #215 | Bridgeport, CT 06604 |
| ust | U. S. Trustee | Office of the U.S. Trustee | Giaimo Federal Building | 150 Court Street, Room 302 New Haven, CT 06510 |
| db | Carina Castro Amorim | 323 Fairfield Ave | #215 | Bridgeport, CT 06604 |
| tr | Kara S. Rescia | Trustee, Kara S. Rescia | 5104A Bigelow Commons | Enfield, CT 06082 |
| 9634995 | Aargon Agency, Inc | Attn: Officer or Manager | 8668 Spring Mountain Road, Ste. 110 | Las Vegas, NV 89117 |
| 9634996 | Affirm Inc | Attn: Officer or Manager | 650 California St Fl 12 | San Franscisco, CA 94108 |
| 9634997 | AllianceOne Receivables Management, Inc | Attn: Officer or Manager | 3043 Walton Rd, Suite 201 | Plymouth Meeting, PA 19462 |
| 9634998 | American Express | Attn: Officer or Manager | P.O. Box 981537 | El Paso, TX 79998–1537 |
| 9634999 | Apple Card – GS Bank | Attn: Officer or Manager | Lockbox 6112, P.O. Box 7247 | Goldman Sachs Bank Philadelphia, PA 19170–6112 |
| 9635063 | Arcadia Recovery Bureau, LLC | Attn: Officer or Manager | P O Box 6768 | Wyomissing, PA 19610 |
| 9635000 | Ars Nation Services Inc. | Attn: Officer or Manager | P.O. Box 469100 | Escondido, CA 92046 |
| 9635001 | Atlantic Capital Bank | Attn: Officer or Manager | P.O. Box 11 | Southlake, TX 76092 |
| 9635002 | Barclays Bank Delaware | Attn: Officer or Manager | P.O. Box 8803 | Wilmington, DE 19899–8803 |
| 9635003 | Calvary Portfolio Services Lie | Attn: Officer or Manager | 1 American Lane, Suite 220 | Greenwich, CT 06831 |
| 9635004 | Capital Management Services Lp | Attn: Officer or Manager | 698 6 South Ogden Street | Buffalo, NY 14206 |
| 9635005 | Capital One Auto Finance | Attn: Officer or Manager | P.O. Box 2 Credit Bureau Dispute | Plano, TX 75025 |
| 9634992 | Capital One Auto Loan | Attn: Officer or Manager | Credit Bureau Dispute P.O. Box 259407 | Plano, TX 75025–9407 |
| 9635006 | Capital One Bank USA | Attn: Officer or Manager | P.O. Box 71087 | Charlotte, NC 28272 |
| 9635007 | Cfna/Bridgestone Ret | Attn: Officer or Manager | 6275 Eastland Road | Brook Park, OH 44142–1399 |
| 9635008 | Citibank Cards | Attn: Officer or Manager | P.O. Box 790046 | St. Louis, MO 63179–0046 |
| 9635009 | Citibank Fsb Connec | Attn: Officer or Manager | 5800 South Corporate Place | Mail Code 234 Sioux Falls, SD 57108 |
| 9635010 | Citicards Cbna | Attn: Officer or Manager | 5800 South Corporate Place | Sioux Falls, SD 57108 |
| 9635011 | City Of Bridgeport – Parking Violations Bureau Att | | 255 John Street | Bridgeport, CT 06604 |
| 9635012 | Client Services, Inc. | Attn: Officer or Manager | 514 Earth City Expy | Earth City, MO 63045 |
| 9635015 | Credit Collection Services | Attn: Officer or Manager | 725 Canton Street | Norwood, MA 02062 |
| 9635016 | Credit Control | Attn: Officer or Manager | P.O. Box 31179 | Tampa, FL 33631 |
| 9635017 | Department Of the Treasury Internal | Attn: Officer or Manager Revenue Service | P.O. Box 8208 | Philadelphia, PA 19101 |
| 9635018 | Discover Card | Attn: Officer or Manager | P.O. Box 30939 | Salt Lake City, UT 84130 |
| 9634994 | Edge Fitness Club | Attn: Officer or Manager | 955 Ferry Blvd | Stratford, CT 06614 |
| 9635025 | JPMCB Card Services | Attn: Officer or Manager | P.O. Box 15298 | Wilmington, DE 19850 |
| 9635026 | Midland Credit Management | Attn: Officer or Manager | 320 E Big Beaver Rd Ste 300 | Troy, MI 48083–1271 |
| 9635027 | Midland Credit Management | Attn: Officer or Manager | 3250 Camino De La Reina – Suite 100 | San Diego, CA 92108 |
| 9635062 | NYC Department of Finance | Attn: Officer or Manager | 59 Maiden Ln 28th Fl | New York, NY 10038 |
| 9635028 | National Enterprise Systems, Inc | Attn: Officer or Manager | 29125 Solon Rd | Solon, OH 44139 |
| 9635061 | New York Department of Finance – TLC Collection | Attn: Officer or Manager | 31–00 47th Avenue, 3rd Floor | Long Island City, NY 11101 |
| 9635036 | Ophthalmic Consultants of Connecticut | Attn: Officer or Manager | P.O. Box 411072 | Boston, MA 02241 |
| 9634993 | Optimum | Attn: Officer or Manager | P.O. Box 400 07930, NJ 07930 | 11111 Stewart Avenue Bethpage, NY 11714 |
| 9635037 | Portfolio Recovery Associates, Lie | Attn: Officer or Manager | 120 Corporate Boulevard | Norfolk, VA 23502 |
| 9635038 | Radius Global Solutions | Attn: Officer or Manager | 500 North Franklin Turnpike, Ste 315 | Mail Code 747 Ramsey, NJ 07446 |
| 9635039 | Radius Global Solutions | Attn: Officer or Manager | P.O. Box 390905 | Minneapolis, MN 55439 |
| 9635040 | Resurgent Acquisitions Lie ("resurgent") | Attn: Officer or Manager | 55 Beattie Place, Suite 110 | Greenville, SC 29601 |
| 9635041 | Rubin & Rothman Lie | Attn: Officer or Manager | 1787 Veterans Highway | Islandia, NY 11749 |
| 9635049 | TSI – Transwold Systems Inc | Attn: Officer or Manager | 500 Virginia Drive Suite 514 | Fort Washington, PA 19034 |
| 9635042 | Taxserv Capital Services, Lie | Attn: Officer or Manager | 25 Prescott Street, 2nd Floor | West Hartford, CT 06110 |

9635043   The United Illuminating Company   Attn: Officer or Manager   P.O. Box 847818   Boston, MA 02284

9635044   Transworld Systems Inc   Attn: Officer or Manager   P.O. Box 15130   Wilmington, DE 19850

9635050   U.S. Small Business Administration (sba)   Attn: Officer or Manager   409 3rd Street, Sw   Washington De, DC 20416

9635051   UHG Lie   Attn: Officer or Manager   One Marron Circle, 9781 S Meridian Blvd.   Suite 340   Englewood, CO 80112

9635052   United Collection Bureau Inc   Attn: Officer or Manager   5620 Southwyck Blvd.   Toledo, OH 43614

9635053   Vaugh Family Dentistry   Attn: Officer or Manager   2 Corporate Drive   Trumbull, CT

9635056   Western Union   Attn: Officer or Manager   P.O. Box 404027   Louisville, KY 40233

TOTAL: 51