# United States Bankruptcy Court
## District of Connecticut



In re:

     Fabio Castro de Oliveira

     Carina Castro Amorim

     Debtor*

Case Number: 26-50161

Chapter: 7

## AMENDED  NOTICE OF DEADLINE(S) TO CURE
## FILING DEFICIENCY TO AVOID DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT** the above debtor filed a Voluntary Petition on March 5, 2026. Pursuant to the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of Civil Procedure for the United  States  District  Court  for  the  District  of Connecticut,  and  the  Local  Rules  of  Bankruptcy  Procedure  for  the  United States Bankruptcy Court for the District of Connecticut, the Clerk has noted the Voluntary Petition and/or Schedules and Statements deficiencies listed below.

**PLEASE REVIEW THE FOLLOWING LIST OF DEFICIENCIES CAREFULLY.  FAILURE TO  TIMELY CURE  THE  DEFICIENCY MAY  RESULT  IN  THE  DISMISSAL  OF  YOUR  CASE WITHOUT FURTHER NOTICE.**

### DEFICIENCIES THAT MUST BE CURED WITHIN SEVEN (7) DAYS
### AFTER THE DATE THE VOLUNTARY PETITION WAS FILED

#### STATEMENT OF SOCIAL SECURITY NUMBER

The  debtor(s) failed to file a verified Statement of Social Security Number with the Voluntary Petition. *See*, Fed. R. Bankr. P. 1007(f).

The  debtor(s) is directed to file Statement of Social Security Number using Official Form B 121 **no later than seven (7) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### DEFICIENCIES THAT MUST BE CURED WITHIN FOURTEEN (14) DAYS
### AFTER THE DATE THE VOLUNTARY PETITION WAS FILED

#### STATEMENT OF FINANCIAL AFFAIRS
An outdated Statement of Financial Affairs was filed with the Voluntary Petition. *See*, Fed. R. Bankr. P. 1007(b) and (c).

The debtor(s) is **directed** to file the Statement of Financial Affairs using Official Form B 107, dated 04/25,  with all required signature(s) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

**YOU ARE FURTHER NOTIFIED**, failure to cure the above deficiencies on or before the deadline indicated under the deficiency may result in the **DISMISSAL** of your case **without further notice**.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Date:  March 6, 2026

Pietro Cicolini
Clerk of Court