United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 26-50161-jam |
| Fabio Castro de Oliveira | Chapter 7 |
| Carina Castro Amorim | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0205-5　　　　　　　　　　User: admin　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Mar 06, 2026　　　　　　　　Form ID: 309A　　　　　　　　　　　Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Fabio Castro de Oliveira, Carina Castro Amorim, 323 Fairfield Ave, #215, Bridgeport, CT 06604-4297 |
| 9635000 | + | Ars Nation Services Inc., Attn: Officer or Manager, P.O. Box 469100, Escondido, CA 92046-9100 |
| 9635005 | | Capital One Auto Finance, Attn: Officer or Manager, P.O. Box 2 Credit Bureau Dispute, Plano, TX 75025 |
| 9635011 | + | City Of Bridgeport - Parking Violations Bureau Att, 255 John Street, Bridgeport, CT 06604-4326 |
| 9634994 | + | Edge Fitness Club, Attn: Officer or Manager, 955 Ferry Blvd, Stratford, CT 06614-6094 |
| 9635027 | | Midland Credit Management, Attn: Officer or Manager, 3250 Camino De La Reina - Suite 100, San Diego, CA 92108 |
| 9635061 | + | New York Department of Finance - TLC Collection, Attn: Officer or Manager, 31-00 47th Avenue, 3rd Floor, Long Island City, NY 11101-3013 |
| 9635036 | + | Ophthalmic Consultants of Connecticut, Attn: Officer or Manager, P.O. Box 411072, Boston, MA 02241-1072 |
| 9634993 | + | Optimum, Attn: Officer or Manager, P.O. Box 400, 07930, NJ 07930, 11111 Stewart Avenue Bethpage, NY 11714-0400 |
| 9635040 | + | Resurgent Acquisitions Lie (resurgent), Attn: Officer or Manager, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 9635041 | + | Rubin & Rothman Lie, Attn: Officer or Manager, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 9635049 | + | TSI - Transwold Systems Inc, Attn: Officer or Manager, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 9635051 | | UHG Lie, Attn: Officer or Manager, One Marron Circle, 9781 S Meridian Blvd., Suite 340, Englewood, CO 80112 |
| 9635053 | + | Vaugh Family Dentistry, Attn: Officer or Manager, 2 Corporate Drive, Trumbull, CT 06611-1376 |
| 9635056 | + | Western Union, Attn: Officer or Manager, P.O. Box 404027, Louisville, KY 40233-4027 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BKSRESCIA.COM | Mar 06 2026 23:18:00 | Kara S. Rescia, Trustee, Kara S. Rescia, 5104A Bigelow Commons, Enfield, CT 06082-3396 |
| ust | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Mar 06 2026 18:17:00 | U. S. Trustee, Office of the U.S. Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| 9634995 | + | EDI: AARGON.COM | Mar 06 2026 23:18:00 | Aargon Agency, Inc, Attn: Officer or Manager, 8668 Spring Mountain Road, Ste. 110, Las Vegas, NV 89117-4119 |
| 9634996 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 06 2026 18:26:40 | Affirm Inc, Attn: Officer or Manager, 650 California St Fl 12, San Franscisco, CA 94108-2716 |
| 9634997 | ^ | MEBN | Mar 06 2026 18:15:50 | AllianceOne Receivables Management, Inc, Attn: Officer or Manager, 3043 Walton Rd, Suite 201, Plymouth Meeting, PA 19462-2389 |
| 9634998 | | Email/PDF: bncnotices@becket-lee.com | Mar 06 2026 18:26:45 | American Express, Attn: Officer or Manager, P.O. Box 981537, El Paso, TX 79998-1537 |
| 9634999 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 06 2026 18:17:00 | Apple Card - GS Bank, Attn: Officer or Manager, Lockbox 6112, P.O. Box 7247, Goldman Sachs Bank, Philadelphia, PA 19170-6112 |
| 9635063 | ^ | MEBN | Mar 06 2026 18:15:46 | Arcadia Recovery Bureau, LLC, Attn: Officer or |

Case 26-50161   Doc 8   Filed 03/08/26   Entered 03/09/26 01:16:39   Page 2 of 5

| District/off: 0205-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2026 | Form ID: 309A | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Manager, P O Box 6768, Wyomissing, PA 19610-0768 |
| 9635002 | | EDI: TSYS2 | Mar 06 2026 23:18:00 | Barclays Bank Delaware, Attn: Officer or Manager, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 9635016 | | Email/Text: correspondence@credit-control.com | Mar 06 2026 18:17:00 | Credit Control, Attn: Officer or Manager, P.O. Box 31179, Tampa, FL 33631 |
| 9635003 | + | Email/Text: bankruptcy@cavps.com | Mar 06 2026 18:17:00 | Calvary Portfolio Services Lie, Attn: Officer or Manager, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 9635004 | + | Email/Text: cms-bk@cms-collect.com | Mar 06 2026 18:17:00 | Capital Management Services Lp, Attn: Officer or Manager, 698 6 South Ogden Street, Buffalo, NY 14206-2317 |
| 9634992 | | EDI: CAPONEAUTO.COM | Mar 06 2026 23:18:00 | Capital One Auto Loan, Attn: Officer or Manager, Credit Bureau Dispute, P.O. Box 259407, Plano, TX 75025-9407 |
| 9635006 | + | EDI: CAPITALONE.COM | Mar 06 2026 23:18:00 | Capital One Bank USA, Attn: Officer or Manager, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 9635007 | | EDI: CRFRSTNA.COM | Mar 06 2026 23:18:00 | Cfna/Bridgestone Ret, Attn: Officer or Manager, 6275 Eastland Road, Brook Park, OH 44142-1399 |
| 9635008 | | EDI: CITICORP | Mar 06 2026 23:18:00 | Citibank Cards, Attn: Officer or Manager, P.O. Box 790046, St. Louis, MO 63179-0046 |
| 9635009 | + | EDI: CITICORP | Mar 06 2026 23:18:00 | Citibank Fsb Connec, Attn: Officer or Manager, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 9635010 | + | EDI: CITICORP | Mar 06 2026 23:18:00 | Citicards Cbna, Attn: Officer or Manager, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 9635012 | ^ | MEBN | Mar 06 2026 18:15:53 | Client Services, Inc., Attn: Officer or Manager, 514 Earth City Expy, Earth City, MO 63045-1312 |
| 9635015 | + | EDI: CCS.COM | Mar 06 2026 23:18:00 | Credit Collection Services, Attn: Officer or Manager, 725 Canton Street, Norwood, MA 02062-2679 |
| 9635017 | + | EDI: IRS.COM | Mar 06 2026 23:18:00 | Department Of the Treasury Internal, Attn: Officer or Manager Revenue Service, P.O. Box 8208, Philadelphia, PA 19101-8208 |
| 9635018 | + | EDI: DISCOVER | Mar 06 2026 23:18:00 | Discover Card, Attn: Officer or Manager, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 9635025 | + | EDI: JPMORGANCHASE | Mar 06 2026 23:18:00 | JPMCB Card Services, Attn: Officer or Manager, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 9635026 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 06 2026 18:17:00 | Midland Credit Management, Attn: Officer or Manager, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 9635062 | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Mar 06 2026 18:17:00 | NYC Department of Finance, Attn: Officer or Manager, 59 Maiden Ln 28th Fl, New York, NY 10038-4502 |
| 9635028 | ^ | MEBN | Mar 06 2026 18:15:51 | National Enterprise Systems, Inc, Attn: Officer or Manager, 29125 Solon Rd, Solon, OH 44139-3442 |
| 9635037 | + | EDI: PRA.COM | Mar 06 2026 23:18:00 | Portfolio Recovery Associates, Lie, Attn: Officer or Manager, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 9635038 | + | Email/Text: ngisupport@radiusgs.com | Mar 06 2026 18:17:00 | Radius Global Solutions, Attn: Officer or Manager, 500 North Franklin Turnpike, Ste 315, Mail Code 747, Ramsey, NJ 07446-1160 |
| 9635039 | + | Email/Text: ngisupport@radiusgs.com | Mar 06 2026 18:17:00 | Radius Global Solutions, Attn: Officer or |

| District/off: 0205-5 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2026 | Form ID: 309A | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | Manager, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 9635001 | | Email/Text: bankruptcy@self.inc | Mar 06 2026 18:17:00 | Atlantic Capital Bank, Attn: Officer or Manager, P.O. Box 11, Southlake, TX 76092 |
| 9635042 | + | Email/Text: rgonzales@taxserv.com | Mar 06 2026 18:17:00 | Taxserv Capital Services, Lie, Attn: Officer or Manager, 25 Prescott Street, 2nd Floor, West Hartford, CT 06110-2334 |
| 9635043 | + | Email/Text: bankruptcy@uinet.com | Mar 06 2026 18:17:00 | The United Illuminating Company, Attn: Officer or Manager, P.O. Box 847818, Boston, MA 02284-7818 |
| 9635044 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 06 2026 18:17:00 | Transworld Systems Inc, Attn: Officer or Manager, P.O. Box 15130, Wilmington, DE 19850-5130 |
| 9635050 | + | Email/Text: bankruptcynotices@sba.gov | Mar 06 2026 18:17:00 | U.S. Small Business Administration (sba), Attn: Officer or Manager, 409 3rd Street, Sw, Washington De, DC 20416-0002 |
| 9635052 | + | Email/Text: BAN5620@UCBINC.COM | Mar 06 2026 18:17:00 | United Collection Bureau Inc, Attn: Officer or Manager, 5620 Southwyck Blvd., Toledo, OH 43614-1501 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 08, 2026 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kara S. Rescia | court@ctmalaw.com  CT23@ecfcbis.com;jenn@ctmalaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 2

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Fabio Castro de Oliveira**<br>First Name   Middle Name   Last Name | Social Security number or ITIN<br>EIN | **xxx–xx–9293**<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Carina Castro Amorim**<br>First Name   Middle Name   Last Name | Social Security number or ITIN<br>EIN | **xxx–xx–8434**<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Connecticut** | | Date case filed for chapter **7   3/5/26** | |
| Case number:   **26–50161 jam** | | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/1/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov/).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Fabio Castro de Oliveira | Carina Castro Amorim |
| 2. | **All other names used in the last 8 years** | aka Fabio Oliveira, aka Fabio Castri | aka Carina Miranda Amorim, aka Carina Amorim |
| 3. | **Address** | 323 Fairfield Ave<br>#215<br>Bridgeport, CT 06604 | 323 Fairfield Ave<br>#215<br>Bridgeport, CT 06604 |
| 4. | **Debtor's attorney**<br>Name and address | Fabio Castro de Oliveira<br>323 Fairfield Ave<br>#215<br>Bridgeport, CT 06604 | Contact phone _____<br>Email: NONE |
| 5. | **Bankruptcy trustee**<br>Name and address | Kara S. Rescia<br>Trustee, Kara S. Rescia<br>5104A Bigelow Commons<br>Enfield, CT 06082 | Contact phone 860–452–0052 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 915 Lafayette Blvd<br>Bridgeport, CT 06604 | Hours open: 9:00 a.m. – 4:00 p.m. Monday – Friday<br>Contact phone: 203–579–5808<br>Date: March 6, 2026 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 10, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date.<br>If so, date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 737 666 8813, and Passcode 4489570749, OR call 1 959 215 4501**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** June 9, 2026 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |