United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 26-50161-jam |
| Fabio Castro de Oliveira | Chapter 7 |
| Carina Castro Amorim | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdfdoc2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Fabio Castro de Oliveira, Carina Castro Amorim, 323 Fairfield Ave, #215, Bridgeport, CT 06604-4297 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kara S. Rescia | court@ctmalaw.com  CT23@ecfcbis.com;jenn@ctmalaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 2

# United States Bankruptcy Court
## District of Connecticut



In re:

Fabio Castro de Oliveira

Carina Castro Amorim

Debtor*

Case Number: 26-50161

Chapter: 7

### AMENDED NOTICE OF DEADLINE(S) TO CURE
### FILING DEFICIENCY TO AVOID DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT** the above debtor filed a Voluntary Petition on March 5, 2026. Pursuant to the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, and the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Connecticut, the Clerk has noted the Voluntary Petition and/or Schedules and Statements deficiencies listed below.

**PLEASE REVIEW THE FOLLOWING LIST OF DEFICIENCIES CAREFULLY. FAILURE TO TIMELY CURE THE DEFICIENCY MAY RESULT IN THE DISMISSAL OF YOUR CASE WITHOUT FURTHER NOTICE.**

#### DEFICIENCIES THAT MUST BE CURED WITHIN SEVEN (7) DAYS
#### AFTER THE DATE THE VOLUNTARY PETITION WAS FILED

**STATEMENT OF SOCIAL SECURITY NUMBER**

The debtor(s) failed to file a verified Statement of Social Security Number with the Voluntary Petition. *See*, Fed. R. Bankr. P. 1007(f).

The debtor(s) is directed to file Statement of Social Security Number using Official Form B 121 **no later than seven (7) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

#### DEFICIENCIES THAT MUST BE CURED WITHIN FOURTEEN (14) DAYS
#### AFTER THE DATE THE VOLUNTARY PETITION WAS FILED

**STATEMENT OF FINANCIAL AFFAIRS**

An outdated Statement of Financial Affairs was filed with the Voluntary Petition. *See*, Fed. R. Bankr. P. 1007(b) and (c).

The debtor(s) is **directed** to file the Statement of Financial Affairs using Official Form B 107, dated 04/25, with all required signature(s) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

**YOU ARE FURTHER NOTIFIED**, failure to cure the above deficiencies on or before the deadline indicated under the deficiency may result in the **DISMISSAL** of your case **without further notice**.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Date: March 6, 2026

Pietro Cicolini
Clerk of Court