United States Bankruptcy Court
District of Connecticut

In re:                                                                                          Case No. 26-50161-jam

Fabio Castro de Oliveira                                                                  Chapter 7

Carina Castro Amorim

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0205-5                              User: admin                                    Page 1 of 1

Date Rcvd: Mar 09, 2026                           Form ID: pdfdoc2                               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Fabio Castro de Oliveira, Carina Castro Amorim, 323 Fairfield Ave, #215, Bridgeport, CT 06604-4297 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kara S. Rescia | court@ctmalaw.com  CT23@ecfcbis.com;jenn@ctmalaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 2

File an order :

26-50161 Fabio Castro de Oliveira and Carina Castro Amorim

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 5 (Bridgeport) |
| Assets: n | Judge: jam | Case Flag: IFP, BLOCK, DebtEd, DebtEdJt, Repeat |

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from gr entered on 3/9/2026 at 8:36 AM EDT and filed on 3/9/2026

**Case Name:**      Fabio Castro de Oliveira and Carina Castro Amorim
**Case Number:**    26-50161
**Document Number:** 11

**Docket Text:**
**ORDER ALLOWING DEBTORS TO MAINTAIN SIMULTANEOUS PETITIONS.** In addition to the voluntary petition filed in this case, the Debtors have another pending case, Case Number 26-50077. Pursuant to D. Conn. L. Bankr. R. 1017-1, a debtor is not allowed to maintain more than one petition at the same time. A review of the docket in this case demonstrates that this case has not closed because the deadline to object to Chapter 7 Trustee's final report is April 6, 2026, which will not prevent the administration of this bankruptcy case. Accordingly, it is hereby
**ORDERED:** Because the Debtors' first case has not yet been closed due to administrative issues, the Debtors are allowed to maintain more than one petition in this Court. Signed by Judge Julie A. Manning on March 9, 2026. (gr)

The following document(s) are associated with this transaction:


**26-50161 Notice will be electronically mailed to:**

Kara S. Rescia
court@ctmalaw.com, CT23@ecfcbis.com;jenn@ctmalaw.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**26-50161 Notice will not be electronically mailed to:**

Carina Castro Amorim
323 Fairfield Ave
#215
Bridgeport, CT 06604

Fabio Castro de Oliveira
323 Fairfield Ave
#215
Bridgeport, CT 06604