United States Bankruptcy Court

District of Connecticut

In re:                                                                                    Case No. 26-50161-jam

Fabio Castro de Oliveira                                                 Chapter 7

Carina Castro Amorim

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 11, 2026 | Form ID: pdfdoc2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

**Recip ID**             **Recipient Name and Address**
db/db           + Fabio Castro de Oliveira, Carina Castro Amorim, 323 Fairfield Ave, #215, Bridgeport, CT 06604-4297

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kara S. Rescia | court@ctmalaw.com  CT23@ecfcbis.com;jenn@ctmalaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 2

CT Local Form Order 103B                                                        10/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

  Fabio Castro de Oliveira

  Carina Castro Amorim

  Debtor

Case Number: 26-50161

Chapter:  7

## ORDER DENYING APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED AND ALLOWING FEE TO BE PAID IN INSTALLMENTS

Upon consideration of the Debtor's *Application to Have the Chapter 7 Filing Fee Waived* dated March 5, 2026, (the "Application", ECF No.4 ) (Official Form 103B); it is hereby

**ORDERED:** The Application is **DENIED** in accordance with 28 U.S.C.  §§1930(f)(1), as the Debtor's income is greater than one hundred and fifty percent of the applicable poverty guidelines as defined by the Office of Management and Budget, and revised annually in accordance with 673(2) of the Omnibus Budget Reconciliation Act of 1981; and it is further

**ORDERED:** The Debtor must make filing fee installment payments according to the following terms:

  **$84.50  on or before April 13, 2026**

  **$84.50  on or before May 15, 2026**

  **$84.50  on or before June 15, 2026**

  **$84.50  on or before July 7, 2026**

; and it is further

**ORDERED:** The Debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The Debtor must also pay the entire filing fee to receive a discharge; and it is further

**ORDERED:** If the Debtor would like to propose a different payment timetable, the Debtor must file a motion promptly with a payment proposal. The Debtor may use the Application for Individuals to Pay the Filing Fee in Installments (Official Form B103A) for this purpose; and it is further

**ORDERED: FAILURE TO PAY THE FINAL INSTALLMENT OR OBTAIN AN EXTENSION TO PAY THE FINAL INSTALLMENT IN ACCORDANCE WITH FEDERAL RULES OF BANKRUPTCY PROCEDURE 1006(b), SHALL RESULT IN THE DISMISSAL OF YOUR CASE.**

Dated: March 11, 2026

           BY THE COURT

           *Julie A. Manning*
           United States Bankruptcy Judge
           District of Connecticut

Checks or money orders should be made payable to: U.S. Bankruptcy Court at the address in the lower left corner. Note that the court will not accept as payment the personal check or credit card of the Debtor. Payment may also be made online at Pay.gov (https://pay.gov/public/form/start/73185821).

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.