United States Bankruptcy Court

District of Connecticut

In re:

Fabio Castro de Oliveira

Carina Castro Amorim

Debtors

Case No. 26-50161-jam

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0205-5 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: 199 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Fabio Castro de Oliveira, Carina Castro Amorim, 323 Fairfield Ave, #215, Bridgeport, CT 06604-4297 |
| 9635000 | + | Ars Nation Services Inc., Attn: Officer or Manager, P.O. Box 469100, Escondido, CA 92046-9100 |
| 9635005 | | Capital One Auto Finance, Attn: Officer or Manager, P.O. Box 2 Credit Bureau Dispute, Plano, TX 75025 |
| 9635011 | + | City Of Bridgeport - Parking Violations Bureau Att, 255 John Street, Bridgeport, CT 06604-4326 |
| 9634994 | + | Edge Fitness Club, Attn: Officer or Manager, 955 Ferry Blvd, Stratford, CT 06614-6094 |
| 9635027 | | Midland Credit Management, Attn: Officer or Manager, 3250 Camino De La Reina - Suite 100, San Diego, CA 92108 |
| 9635061 | + | New York Department of Finance - TLC Collection, Attn: Officer or Manager, 31-00 47th Avenue, 3rd Floor, Long Island City, NY 11101-3013 |
| 9635036 | + | Ophthalmic Consultants of Connecticut, Attn: Officer or Manager, P.O. Box 411072, Boston, MA 02241-1072 |
| 9634993 | + | Optimum, Attn: Officer or Manager, P.O. Box 400, 07930, NJ 07930, 11111 Stewart Avenue Bethpage, NY 11714-0400 |
| 9635040 | + | Resurgent Acquisitions Lie (resurgent), Attn: Officer or Manager, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 9635041 | + | Rubin & Rothman Lie, Attn: Officer or Manager, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 9635049 | + | TSI - Transwold Systems Inc, Attn: Officer or Manager, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 9635051 | | UHG Lie, Attn: Officer or Manager, One Marron Circle, 9781 S Meridian Blvd., Suite 340, Englewood, CO 80112 |
| 9635053 | + | Vaugh Family Dentistry, Attn: Officer or Manager, 2 Corporate Drive, Trumbull, CT 06611-1376 |
| 9635056 | + | Western Union, Attn: Officer or Manager, P.O. Box 404027, Louisville, KY 40233-4027 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9634995 | + | Email/Text: aargon@ebn.phinsolutions.com | Mar 16 2026 18:42:00 | Aargon Agency, Inc, Attn: Officer or Manager, 8668 Spring Mountain Road, Ste. 110, Las Vegas, NV 89117-4119 |
| 9634996 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 16 2026 18:51:22 | Affirm Inc, Attn: Officer or Manager, 650 California St Fl 12, San Franscisco, CA 94108-2716 |
| 9634997 | ^ | MEBN | Mar 16 2026 18:36:51 | AllianceOne Receivables Management, Inc, Attn: Officer or Manager, 3043 Walton Rd, Suite 201, Plymouth Meeting, PA 19462-2389 |
| 9634998 | | Email/PDF: bncnotices@becket-lee.com | Mar 16 2026 18:39:15 | American Express, Attn: Officer or Manager, P.O. Box 981537, El Paso, TX 79998-1537 |
| 9634999 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 16 2026 18:42:00 | Apple Card - GS Bank, Attn: Officer or Manager, Lockbox 6112, P.O. Box 7247, Goldman Sachs Bank, Philadelphia, PA 19170-6112 |
| 9635063 | ^ | MEBN | Mar 16 2026 18:36:46 | Arcadia Recovery Bureau, LLC, Attn: Officer or Manager, P O Box 6768, Wyomissing, PA 19610-0768 |
| 9635002 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 16 2026 18:42:00 | Barclays Bank Delaware, Attn: Officer or Manager, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 9635016 | | Email/Text: correspondence@credit-control.com | | |

District/off: 0205-5                                  User: admin                                         Page 2 of 3

Date Rcvd: Mar 16, 2026                          Form ID: 199                                    Total Noticed: 48

| | | | |
|---|---|---|---|
| | | Mar 16 2026 18:42:00 | Credit Control, Attn: Officer or Manager, P.O. Box 31179, Tampa, FL 33631 |
| 9635003 | + Email/Text: bankruptcy@cavps.com | Mar 16 2026 18:42:00 | Calvary Portfolio Services Lie, Attn: Officer or Manager, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 9635004 | + Email/Text: cms-bk@cms-collect.com | Mar 16 2026 18:42:00 | Capital Management Services Lp, Attn: Officer or Manager, 698 6 South Ogden Street, Buffalo, NY 14206-2317 |
| 9634992 | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 16 2026 18:39:09 | Capital One Auto Loan, Attn: Officer or Manager, Credit Bureau Dispute, P.O. Box 259407, Plano, TX 75025-9407 |
| 9635006 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2026 18:39:08 | Capital One Bank USA, Attn: Officer or Manager, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 9635007 | Email/Text: BKPT@cfna.com | Mar 16 2026 18:42:00 | Cfna/Bridgestone Ret, Attn: Officer or Manager, 6275 Eastland Road, Brook Park, OH 44142-1399 |
| 9635008 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2026 18:51:23 | Citibank Cards, Attn: Officer or Manager, P.O. Box 790046, St. Louis, MO 63179-0046 |
| 9635009 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2026 18:51:22 | Citibank Fsb Connec, Attn: Officer or Manager, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 9635010 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2026 18:51:23 | Citicards Cbna, Attn: Officer or Manager, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 9635012 | ^ MEBN | Mar 16 2026 18:37:02 | Client Services, Inc., Attn: Officer or Manager, 514 Earth City Expy, Earth City, MO 63045-1312 |
| 9635015 | + Email/Text: bankruptcy_notifications@ccsusa.com | Mar 16 2026 18:42:00 | Credit Collection Services, Attn: Officer or Manager, 725 Canton Street, Norwood, MA 02062-2679 |
| 9635017 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 16 2026 18:42:00 | Department Of the Treasury Internal, Attn: Officer or Manager Revenue Service, P.O. Box 8208, Philadelphia, PA 19101-8208 |
| 9635018 | + Email/Text: mrdiscen@discover.com | Mar 16 2026 18:42:00 | Discover Card, Attn: Officer or Manager, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 9635025 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 16 2026 18:39:13 | JPMCB Card Services, Attn: Officer or Manager, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 9635026 | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2026 18:42:00 | Midland Credit Management, Attn: Officer or Manager, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 9635062 | + Email/Text: USCOURTSEBN@finance.nyc.gov | Mar 16 2026 18:42:00 | NYC Department of Finance, Attn: Officer or Manager, 59 Maiden Ln 28th Fl, New York, NY 10038-4502 |
| 9635028 | ^ MEBN | Mar 16 2026 18:36:53 | National Enterprise Systems, Inc, Attn: Officer or Manager, 29125 Solon Rd, Solon, OH 44139-3442 |
| 9635037 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2026 18:51:22 | Portfolio Recovery Associates, Lie, Attn: Officer or Manager, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 9635038 | + Email/Text: ngisupport@radiusgs.com | Mar 16 2026 18:42:00 | Radius Global Solutions, Attn: Officer or Manager, 500 North Franklin Turnpike, Ste 315, Mail Code 747, Ramsey, NJ 07446-1160 |
| 9635039 | + Email/Text: ngisupport@radiusgs.com | Mar 16 2026 18:42:00 | Radius Global Solutions, Attn: Officer or Manager, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 9635001 | Email/Text: bankruptcy@self.inc | Mar 16 2026 18:42:00 | Atlantic Capital Bank, Attn: Officer or Manager, P.O. Box 11, Southlake, TX 76092 |
| 9635042 | + Email/Text: rgonzales@taxserv.com | Mar 16 2026 18:42:00 | Taxserv Capital Services, Lie, Attn: Officer or |

| District/off: 0205-5 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: 199 | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| | | | Manager, 25 Prescott Street, 2nd Floor, West Hartford, CT 06110-2334 |
| 9635043 | + Email/Text: bankruptcy@uinet.com | Mar 16 2026 18:42:00 | The United Illuminating Company, Attn: Officer or Manager, P.O. Box 847818, Boston, MA 02284-7818 |
| 9635044 | + Email/Text: bankruptcydepartment@tsico.com | Mar 16 2026 18:42:00 | Transworld Systems Inc, Attn: Officer or Manager, P.O. Box 15130, Wilmington, DE 19850-5130 |
| 9635050 | + Email/Text: bankruptcynotices@sba.gov | Mar 16 2026 18:42:00 | U.S. Small Business Administration (sba), Attn: Officer or Manager, 409 3rd Street, Sw, Washington De, DC 20416-0002 |
| 9635052 | + Email/Text: BAN5620@UCBINC.COM | Mar 16 2026 18:42:00 | United Collection Bureau Inc, Attn: Officer or Manager, 5620 Southwyck Blvd., Toledo, OH 43614-1501 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kara S. Rescia | court@ctmalaw.com  CT23@ecfcbis.com;jenn@ctmalaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 2

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 16, 2026

In re:

    Fabio Castro de Oliveira

    Case Number: 26–50161
    Chapter: 7

    Carina Castro Amorim
    Debtor*

### Order Granting Request For Electronic Notice and Service of Documents

On March 16, 2026, Fabio Castro de Oliveira filed a Request and Consent For Electronic Notice and Service of Documents, *See* ECF No.17. It is hereby

**ORDERED:**  The Request is GRANTED; and it is further

**ORDERED:**  The Email address to be used for Electronic Receipt of Documents and for Electronic Service upon Fabio Castro de Oliveira is FABBIO1979@LIVE.COM; and it is further

**ORDERED:**  Electronic service upon Fabio Castro de Oliveira shall be effective 9:00 AM EST on March 17, 2026.

Dated: March 16, 2026

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 199 – gr

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.