ct 204

08/2021

# United States Bankruptcy Court
# District of Connecticut



In re:

Fabio Castro de Oliveira

Carina Castro Amorim

Debtor*

Case Number:   26-50161

Chapter:         7

## NOTICE OF DEADLINE TO OBJECT TO THE CHAPTER 7 TRUSTEE'S FINAL REPORT AND FINAL ACCOUNT IN A NO ASSET CASE

**PLEASE TAKE NOTICE** that on April 10, 2026, Kara S. Rescia, the Chapter 7 Trustee, filed a Chapter 7 Trustee's Final Account in a no asset case, ECF No. 21, in which the Trustee certified that the Debtor's estate has been fully administered in accordance with Fed. R. Bankr. P. 5009(a), *See,* the Chapter 7 Trustee's Final Report and Final Account below:

Final Chapter 7 Trustee's Report of No Distribution: I, Kara S. Rescia, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 15128.46, Assets Exempt: Not Available, Claims Scheduled: $ 92101.85, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 92101.85.

**NOTICE IS FURTHER GIVEN** that any objection to the Chapter 7 Trustee's Final Report and Final Account must be filed with the Clerk's Office on or before  May 13, 2026 *. If an objection is filed a hearing may be scheduled, and, in that event a separate Notice of Hearing will issue.

Dated: April 13, 2026

Pietro Cicolini
Clerk of Court

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.