United States Bankruptcy Court

District of Connecticut

In re:

Fabio Castro de Oliveira

Carina Castro Amorim

    Debtors

Case No. 26-50161-jam

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0205-5 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: pdfdoc1 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carina Castro Amorim, 323 Fairfield Ave, #215, Bridgeport, CT 06604-4297 |
| 9635000 | + | Ars Nation Services Inc., Attn: Officer or Manager, P.O. Box 469100, Escondido, CA 92046-9100 |
| 9635005 | | Capital One Auto Finance, Attn: Officer or Manager, P.O. Box 2 Credit Bureau Dispute, Plano, TX 75025 |
| 9635011 | + | City Of Bridgeport - Parking Violations Bureau Att, 255 John Street, Bridgeport, CT 06604-4326 |
| 9634994 | + | Edge Fitness Club, Attn: Officer or Manager, 955 Ferry Blvd, Stratford, CT 06614-6094 |
| 9635027 | | Midland Credit Management, Attn: Officer or Manager, 3250 Camino De La Reina - Suite 100, San Diego, CA 92108 |
| 9635061 | + | New York Department of Finance - TLC Collection, Attn: Officer or Manager, 31-00 47th Avenue, 3rd Floor, Long Island City, NY 11101-3013 |
| 9635036 | + | Ophthalmic Consultants of Connecticut, Attn: Officer or Manager, P.O. Box 411072, Boston, MA 02241-1072 |
| 9634993 | + | Optimum, Attn: Officer or Manager, P.O. Box 400, 07930, NJ 07930, 11111 Stewart Avenue Bethpage, NY 11714-0400 |
| 9635040 | + | Resurgent Acquisitions Lie (resurgent), Attn: Officer or Manager, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 9635041 | + | Rubin & Rothman Lie, Attn: Officer or Manager, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 9635049 | + | TSI - Transwold Systems Inc, Attn: Officer or Manager, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 9635051 | | UHG Lie, Attn: Officer or Manager, One Marron Circle, 9781 S Meridian Blvd., Suite 340, Englewood, CO 80112 |
| 9635053 | + | Vaugh Family Dentistry, Attn: Officer or Manager, 2 Corporate Drive, Trumbull, CT 06611-1376 |
| 9635056 | + | Western Union, Attn: Officer or Manager, 7001 E. Belleview, Denver, CO 80237-3284 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9634995 | + | Email/Text: aargon@ebn.phinsolutions.com | Apr 13 2026 18:17:00 | Aargon Agency, Inc, Attn: Officer or Manager, 8668 Spring Mountain Road, Ste. 110, Las Vegas, NV 89117-4119 |
| 9634996 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 13 2026 18:26:46 | Affirm Inc, Attn: Officer or Manager, 650 California St Fl 12, San Franscisco, CA 94108-2716 |
| 9634997 | ^ | MEBN | Apr 13 2026 18:15:04 | AllianceOne Receivables Management, Inc, Attn: Officer or Manager, 3043 Walton Rd, Suite 201, Plymouth Meeting, PA 19462-2389 |
| 9634998 | | Email/PDF: bncnotices@becket-lee.com | Apr 13 2026 18:16:28 | American Express, Attn: Officer or Manager, P.O. Box 981537, El Paso, TX 79998-1537 |
| 9634999 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 13 2026 18:17:00 | Apple Card - GS Bank, Attn: Officer or Manager, Lockbox 6112, P.O. Box 7247, Goldman Sachs Bank, Philadelphia, PA 19170-6112 |
| 9635063 | ^ | MEBN | Apr 13 2026 18:15:03 | Arcadia Recovery Bureau, LLC, Attn: Officer or Manager, P O Box 6768, Wyomissing, PA 19610-0768 |
| 9635002 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 13 2026 18:17:00 | Barclays Bank Delaware, Attn: Officer or Manager, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 9635016 | | Email/Text: correspondence@credit-control.com | | |

| District/off: 0205-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: pdfdoc1 | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| | | Apr 13 2026 18:17:00 | Credit Control, Attn: Officer or Manager, P.O. Box 31179, Tampa, FL 33631 |
| 9635003 | + Email/Text: bankruptcy@cavps.com | Apr 13 2026 18:17:00 | Calvary Portfolio Services Lie, Attn: Officer or Manager, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 9635004 | + Email/Text: cms-bk@cms-collect.com | Apr 13 2026 18:17:00 | Capital Management Services Lp, Attn: Officer or Manager, 698 6 South Ogden Street, Buffalo, NY 14206-2317 |
| 9634992 | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 13 2026 18:16:28 | Capital One Auto Loan, Attn: Officer or Manager, Credit Bureau Dispute, P.O. Box 259407, Plano, TX 75025-9407 |
| 9635006 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2026 18:16:26 | Capital One Bank USA, Attn: Officer or Manager, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 9635007 | Email/Text: BKPT@cfna.com | Apr 13 2026 18:17:00 | Cfna/Bridgestone Ret, Attn: Officer or Manager, 6275 Eastland Road, Brook Park, OH 44142-1399 |
| 9635008 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2026 18:26:53 | Citibank Cards, Attn: Officer or Manager, P.O. Box 790046, St. Louis, MO 63179-0046 |
| 9635009 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2026 18:26:53 | Citibank Fsb Connec, Attn: Officer or Manager, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 9635010 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2026 18:26:49 | Citicards Cbna, Attn: Officer or Manager, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 9635012 | ^ MEBN | Apr 13 2026 18:15:11 | Client Services, Inc., Attn: Officer or Manager, 514 Earth City Expy, Earth City, MO 63045-1312 |
| 9635015 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 13 2026 18:18:00 | Credit Collection Services, Attn: Officer or Manager, 725 Canton Street, Norwood, MA 02062-2679 |
| 9635017 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 13 2026 18:17:00 | Department Of the Treasury Internal, Attn: Officer or Manager Revenue Service, P.O. Box 8208, Philadelphia, PA 19101-8208 |
| 9635018 | + Email/Text: mrdiscen@discover.com | Apr 13 2026 18:17:00 | Discover Card, Attn: Officer or Manager, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 9635025 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 13 2026 18:16:33 | JPMCB Card Services, Attn: Officer or Manager, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 9635026 | Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2026 18:17:00 | Midland Credit Management, Attn: Officer or Manager, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 9635062 | + Email/Text: USCOURTSEBN@finance.nyc.gov | Apr 13 2026 18:17:00 | NYC Department of Finance, Attn: Officer or Manager, 59 Maiden Ln 28th Fl, New York, NY 10038-4502 |
| 9635028 | ^ MEBN | Apr 13 2026 18:15:06 | National Enterprise Systems, Inc, Attn: Officer or Manager, 29125 Solon Rd, Solon, OH 44139-3442 |
| 9635037 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2026 18:16:34 | Portfolio Recovery Associates, Lie, Attn: Officer or Manager, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 9635038 | + Email/Text: ngisupport@radiusgs.com | Apr 13 2026 18:17:00 | Radius Global Solutions, Attn: Officer or Manager, 500 North Franklin Turnpike, Ste 315, Mail Code 747, Ramsey, NJ 07446-1160 |
| 9635039 | + Email/Text: ngisupport@radiusgs.com | Apr 13 2026 18:17:00 | Radius Global Solutions, Attn: Officer or Manager, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 9635001 | Email/Text: bankruptcy@self.inc | Apr 13 2026 18:17:00 | Atlantic Capital Bank, Attn: Officer or Manager, P.O. Box 11, Southlake, TX 76092 |
| 9635042 | + Email/Text: rgonzales@taxserv.com | Apr 13 2026 18:17:00 | Taxserv Capital Services, Lie, Attn: Officer or |

District/off: 0205-5      User: admin      Page 3 of 3

Date Rcvd: Apr 13, 2026      Form ID: pdfdoc1      Total Noticed: 48

| | | | | |
|---|---|---|---|---|
| | | | | Manager, 25 Prescott Street, 2nd Floor, West Hartford, CT 06110-2334 |
| 9635043 | + Email/Text: bankruptcy@uinet.com | | Apr 13 2026 18:17:00 | The United Illuminating Company, Attn: Officer or Manager, P.O. Box 847818, Boston, MA 02284-7818 |
| 9635044 | + Email/Text: bankruptcydepartment@tsico.com | | Apr 13 2026 18:17:00 | Transworld Systems Inc, Attn: Officer or Manager, P.O. Box 15130, Wilmington, DE 19850-5130 |
| 9635050 | + Email/Text: bankruptcynotices@sba.gov | | Apr 13 2026 18:17:00 | U.S. Small Business Administration (sba), Attn: Officer or Manager, 409 3rd Street, Sw, Washington De, DC 20416-0002 |
| 9635052 | + Email/Text: BAN5620@UCBINC.COM | | Apr 13 2026 18:17:00 | United Collection Bureau Inc, Attn: Officer or Manager, 5620 Southwyck Blvd., Toledo, OH 43614-1501 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Fabio Castro de Oliveira | fabbio1979@live.com |
| Kara S. Rescia | court@ctmalaw.com  CT23@ecfcbis.com;jenn@ctmalaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

ct 204

08/2021

# United States Bankruptcy Court
## District of Connecticut

In re:

Fabio Castro de Oliveira

Carina Castro Amorim

Debtor*

Case Number:   26-50161

Chapter:   7

## NOTICE OF DEADLINE TO OBJECT TO THE CHAPTER 7 TRUSTEE'S FINAL REPORT AND FINAL ACCOUNT IN A NO ASSET CASE

**PLEASE TAKE NOTICE** that on April 10, 2026, Kara S. Rescia, the Chapter 7 Trustee, filed a Chapter 7 Trustee's Final Account in a no asset case, ECF No. 21, in which the Trustee certified that the Debtor's estate has been fully administered in accordance with Fed. R. Bankr. P. 5009(a), *See,* the Chapter 7 Trustee's Final Report and Final Account below:

Final Chapter 7 Trustee's Report of No Distribution: I, Kara S. Rescia, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 15128.46, Assets Exempt: Not Available, Claims Scheduled: $ 92101.85, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 92101.85.

**NOTICE IS FURTHER GIVEN** that any objection to the Chapter 7 Trustee's Final Report and Final Account must be filed with the Clerk's Office on or before  May 13, 2026 *. If an objection is filed a hearing may be scheduled, and, in that event a separate Notice of Hearing will issue.

Dated: April 13, 2026

Pietro Cicolini
Clerk of Court

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.