United States Bankruptcy Court

District of Connecticut

In re:                                                                                                    Case No. 26-50161-jam

Fabio Castro de Oliveira                                                                      Chapter 7

Carina Castro Amorim

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 16, 2026 | Form ID: 318 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carina Castro Amorim, 323 Fairfield Ave, #215, Bridgeport, CT 06604-4297 |
| 9635000 | + | Ars Nation Services Inc., Attn: Officer or Manager, P.O. Box 469100, Escondido, CA 92046-9100 |
| 9635005 | | Capital One Auto Finance, Attn: Officer or Manager, P.O. Box 2 Credit Bureau Dispute, Plano, TX 75025 |
| 9635011 | + | City Of Bridgeport - Parking Violations Bureau Att, 255 John Street, Bridgeport, CT 06604-4326 |
| 9634994 | + | Edge Fitness Club, Attn: Officer or Manager, 955 Ferry Blvd, Stratford, CT 06614-6094 |
| 9635027 | | Midland Credit Management, Attn: Officer or Manager, 3250 Camino De La Reina - Suite 100, San Diego, CA 92108 |
| 9635061 | + | New York Department of Finance - TLC Collection, Attn: Officer or Manager, 31-00 47th Avenue, 3rd Floor, Long Island City, NY 11101-3013 |
| 9635036 | + | Ophthalmic Consultants of Connecticut, Attn: Officer or Manager, P.O. Box 411072, Boston, MA 02241-1072 |
| 9634993 | + | Optimum, Attn: Officer or Manager, P.O. Box 400, 07930, NJ 07930, 11111 Stewart Avenue Bethpage, NY 11714-0400 |
| 9635040 | + | Resurgent Acquisitions Lie (resurgent), Attn: Officer or Manager, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 9635041 | + | Rubin & Rothman Lie, Attn: Officer or Manager, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 9635049 | + | TSI - Transwold Systems Inc, Attn: Officer or Manager, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 9635051 | | UHG Lie, Attn: Officer or Manager, One Marron Circle, 9781 S Meridian Blvd., Suite 340, Englewood, CO 80112 |
| 9635053 | + | Vaugh Family Dentistry, Attn: Officer or Manager, 2 Corporate Drive, Trumbull, CT 06611-1376 |
| 9635056 | + | Western Union, Attn: Officer or Manager, 7001 E. Belleview, Denver, CO 80237-3284 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9634995 | + | EDI: AARGON.COM | Jun 16 2026 22:28:00 | Aargon Agency, Inc, Attn: Officer or Manager, 8668 Spring Mountain Road, Ste. 110, Las Vegas, NV 89117-4119 |
| 9634996 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 16 2026 18:33:41 | Affirm Inc, Attn: Officer or Manager, 650 California St Fl 12, San Franscisco, CA 94108-2716 |
| 9634997 | ^ | MEBN | Jun 16 2026 18:26:18 | AllianceOne Receivables Management, Inc, Attn: Officer or Manager, 3043 Walton Rd, Suite 201, Plymouth Meeting, PA 19462-2389 |
| 9634998 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2026 18:33:31 | American Express, Attn: Officer or Manager, P.O. Box 981537, El Paso, TX 79998-1537 |
| 9634999 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 16 2026 18:31:00 | Apple Card - GS Bank, Attn: Officer or Manager, Lockbox 6112, P.O. Box 7247, Goldman Sachs Bank, Philadelphia, PA 19170-6112 |
| 9635063 | ^ | MEBN | Jun 16 2026 18:26:10 | Arcadia Recovery Bureau, LLC, Attn: Officer or Manager, P O Box 6768, Wyomissing, PA 19610-0768 |
| 9635002 | | EDI: TSYS2 | Jun 16 2026 22:28:00 | Barclays Bank Delaware, Attn: Officer or Manager, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 9635016 | | Email/Text: correspondence@credit-control.com | | |

| District/off: 0205-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2026 | Form ID: 318 | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| | | Jun 16 2026 18:31:00 | Credit Control, Attn: Officer or Manager, P.O. Box 31179, Tampa, FL 33631 |
| 9635003 | + Email/Text: bankruptcy@cavps.com | Jun 16 2026 18:31:00 | Calvary Portfolio Services Lie, Attn: Officer or Manager, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 9635004 | + Email/Text: cms-bk@cms-collect.com | Jun 16 2026 18:31:00 | Capital Management Services Lp, Attn: Officer or Manager, 698 6 South Ogden Street, Buffalo, NY 14206-2317 |
| 9634992 | EDI: CAPONEAUTO.COM | Jun 16 2026 22:28:00 | Capital One Auto Loan, Attn: Officer or Manager, Credit Bureau Dispute, P.O. Box 259407, Plano, TX 75025-9407 |
| 9635006 | + EDI: CAPITALONE.COM | Jun 16 2026 22:28:00 | Capital One Bank USA, Attn: Officer or Manager, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 9635007 | EDI: CRFRSTNA.COM | Jun 16 2026 22:28:00 | Cfna/Bridgestone Ret, Attn: Officer or Manager, 6275 Eastland Road, Brook Park, OH 44142-1399 |
| 9635008 | EDI: CITICORP | Jun 16 2026 22:28:00 | Citibank Cards, Attn: Officer or Manager, P.O. Box 790046, St. Louis, MO 63179-0046 |
| 9635009 | + EDI: CITICORP | Jun 16 2026 22:28:00 | Citibank Fsb Connec, Attn: Officer or Manager, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 9635010 | + EDI: CITICORP | Jun 16 2026 22:28:00 | Citicards Cbna, Attn: Officer or Manager, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 9635012 | ^ MEBN | Jun 16 2026 18:26:14 | Client Services, Inc., Attn: Officer or Manager, 514 Earth City Expy, Earth City, MO 63045-1312 |
| 9635015 | + EDI: CCS.COM | Jun 16 2026 22:28:00 | Credit Collection Services, Attn: Officer or Manager, 725 Canton Street, Norwood, MA 02062-2679 |
| 9635017 | + EDI: IRS.COM | Jun 16 2026 22:28:00 | Department Of the Treasury Internal, Attn: Officer or Manager Revenue Service, P.O. Box 8208, Philadelphia, PA 19101-8208 |
| 9635018 | + EDI: DISCOVER | Jun 16 2026 22:28:00 | Discover Card, Attn: Officer or Manager, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 9635025 | + EDI: JPMORGANCHASE | Jun 16 2026 22:28:00 | JPMCB Card Services, Attn: Officer or Manager, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 9635026 | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2026 18:31:00 | Midland Credit Management, Attn: Officer or Manager, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 9635062 | + Email/Text: USCOURTSEBN@finance.nyc.gov | Jun 16 2026 18:31:00 | NYC Department of Finance, Attn: Officer or Manager, 59 Maiden Ln 28th Fl, New York, NY 10038-4502 |
| 9635028 | ^ MEBN | Jun 16 2026 18:26:18 | National Enterprise Systems, Inc, Attn: Officer or Manager, 29125 Solon Rd, Solon, OH 44139-3442 |
| 9635037 | + EDI: PRA.COM | Jun 16 2026 22:28:00 | Portfolio Recovery Associates, Lie, Attn: Officer or Manager, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 9635038 | + Email/Text: ngisupport@radiusgs.com | Jun 16 2026 18:31:00 | Radius Global Solutions, Attn: Officer or Manager, 500 North Franklin Turnpike, Ste 315, Mail Code 747, Ramsey, NJ 07446-1160 |
| 9635039 | + Email/Text: ngisupport@radiusgs.com | Jun 16 2026 18:31:00 | Radius Global Solutions, Attn: Officer or Manager, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 9635001 | Email/Text: bankruptcy@self.inc | Jun 16 2026 18:31:00 | Atlantic Capital Bank, Attn: Officer or Manager, P.O. Box 11, Southlake, TX 76092 |
| 9635042 | + Email/Text: rgonzales@taxserv.com | Jun 16 2026 18:31:00 | Taxserv Capital Services, Lie, Attn: Officer or |

District/off: 0205-5

Date Rcvd: Jun 16, 2026

User: admin

Form ID: 318

Page 3 of 3

Total Noticed: 48

| | | | | |
|---|---|---|---|---|
| | | | | Manager, 25 Prescott Street, 2nd Floor, West Hartford, CT 06110-2334 |
| 9635043 | + Email/Text: bankruptcy@uinet.com | | Jun 16 2026 18:31:00 | The United Illuminating Company, Attn: Officer or Manager, P.O. Box 847818, Boston, MA 02284-7818 |
| 9635044 | + Email/Text: bankruptcydepartment@tsico.com | | Jun 16 2026 18:31:00 | Transworld Systems Inc, Attn: Officer or Manager, P.O. Box 15130, Wilmington, DE 19850-5130 |
| 9635050 | + Email/Text: bankruptcynotices@sba.gov | | Jun 16 2026 18:31:00 | U.S. Small Business Administration (sba), Attn: Officer or Manager, 409 3rd Street, Sw, Washington De, DC 20416-0002 |
| 9635052 | + Email/Text: BAN5620@UCBINC.COM | | Jun 16 2026 18:31:00 | United Collection Bureau Inc, Attn: Officer or Manager, 5620 Southwyck Blvd., Toledo, OH 43614-1501 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Fabio Castro de Oliveira | fabbio1979@live.com |
| Kara S. Rescia | court@ctmalaw.com  CT23@ecfcbis.com;jenn@ctmalaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Fabio Castro de Oliveira | Social Security number or ITIN   xxx–xx–9293 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Carina Castro Amorim | Social Security number or ITIN   xxx–xx–8434 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of Connecticut

Case number:   26–50161

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Fabio Castro de Oliveira
aka Fabio Oliveira, aka Fabio Castri
Carina Castro Amorim
aka Carina Miranda Amorim, aka Carina Amorim

Dated: June 16, 2026

BY THE COURT



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                 **Order of Discharge**                 page 2