United States Bankruptcy Court

District of Connecticut

In re:                                                               Case No. 26-50161-jam

Fabio Castro de Oliveira                                             Chapter 7

Carina Castro Amorim

　　　Debtors

# CERTIFICATE OF NOTICE

| District/off: 0205-5 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 02, 2026 | Form ID: fnldec | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carina Castro Amorim, 323 Fairfield Ave, #215, Bridgeport, CT 06604-4297 |
| 9635000 | + | Ars Nation Services Inc., Attn: Officer or Manager, P.O. Box 469100, Escondido, CA 92046-9100 |
| 9635005 | | Capital One Auto Finance, Attn: Officer or Manager, P.O. Box 2 Credit Bureau Dispute, Plano, TX 75025 |
| 9635011 | + | City Of Bridgeport - Parking Violations Bureau Att, 255 John Street, Bridgeport, CT 06604-4326 |
| 9634994 | + | Edge Fitness Club, Attn: Officer or Manager, 955 Ferry Blvd, Stratford, CT 06614-6094 |
| 9635027 | | Midland Credit Management, Attn: Officer or Manager, 3250 Camino De La Reina - Suite 100, San Diego, CA 92108 |
| 9635061 | + | New York Department of Finance - TLC Collection, Attn: Officer or Manager, 31-00 47th Avenue, 3rd Floor, Long Island City, NY 11101-3013 |
| 9635036 | + | Ophthalmic Consultants of Connecticut, Attn: Officer or Manager, P.O. Box 411072, Boston, MA 02241-1072 |
| 9634993 | + | Optimum, Attn: Officer or Manager, P.O. Box 400, 07930, NJ 07930, 11111 Stewart Avenue Bethpage, NY 11714-0400 |
| 9635040 | + | Resurgent Acquisitions Lie (resurgent), Attn: Officer or Manager, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 9635041 | + | Rubin & Rothman Lie, Attn: Officer or Manager, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 9635049 | + | TSI - Transwold Systems Inc, Attn: Officer or Manager, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 9635051 | | UHG Lie, Attn: Officer or Manager, One Marron Circle, 9781 S Meridian Blvd., Suite 340, Englewood, CO 80112 |
| 9635053 | + | Vaugh Family Dentistry, Attn: Officer or Manager, 2 Corporate Drive, Trumbull, CT 06611-1376 |
| 9635056 | + | Western Union, Attn: Officer or Manager, 7001 E. Belleview, Denver, CO 80237-3284 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9634995 | + | Email/Text: aargon@ebn.phinsolutions.com | Jul 02 2026 18:38:00 | Aargon Agency, Inc, Attn: Officer or Manager, 8668 Spring Mountain Road, Ste. 110, Las Vegas, NV 89117-4119 |
| 9634996 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 02 2026 18:46:07 | Affirm Inc, Attn: Officer or Manager, 650 California St Fl 12, San Franscisco, CA 94108-2716 |
| 9634997 | ^ | MEBN | Jul 02 2026 18:34:56 | AllianceOne Receivables Management, Inc, Attn: Officer or Manager, 3043 Walton Rd, Suite 201, Plymouth Meeting, PA 19462-2389 |
| 9634998 | | Email/PDF: bncnotices@becket-lee.com | Jul 02 2026 18:46:06 | American Express, Attn: Officer or Manager, P.O. Box 981537, El Paso, TX 79998-1537 |
| 9634999 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 02 2026 18:38:00 | Apple Card - GS Bank, Attn: Officer or Manager, Lockbox 6112, P.O. Box 7247, Goldman Sachs Bank, Philadelphia, PA 19170-6112 |
| 9635063 | ^ | MEBN | Jul 02 2026 18:34:47 | Arcadia Recovery Bureau, LLC, Attn: Officer or Manager, P O Box 6768, Wyomissing, PA 19610-0768 |
| 9635002 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 02 2026 18:38:00 | Barclays Bank Delaware, Attn: Officer or Manager, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 9635016 | | Email/Text: correspondence@credit-control.com | | |

| | | | |
|---|---|---|---|
| | | Jul 02 2026 18:38:00 | Credit Control, Attn: Officer or Manager, P.O. Box 31179, Tampa, FL 33631 |
| 9635003 | + Email/Text: bankruptcy@cavps.com | Jul 02 2026 18:39:00 | Calvary Portfolio Services Lie, Attn: Officer or Manager, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 9635004 | + Email/Text: cms-bk@cms-collect.com | Jul 02 2026 18:38:00 | Capital Management Services Lp, Attn: Officer or Manager, 698 6 South Ogden Street, Buffalo, NY 14206-2317 |
| 9634992 | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 02 2026 18:46:07 | Capital One Auto Loan, Attn: Officer or Manager, Credit Bureau Dispute, P.O. Box 259407, Plano, TX 75025-9407 |
| 9635006 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 02 2026 18:45:48 | Capital One Bank USA, Attn: Officer or Manager, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 9635007 | Email/Text: BKPT@cfna.com | Jul 02 2026 18:38:00 | Cfna/Bridgestone Ret, Attn: Officer or Manager, 6275 Eastland Road, Brook Park, OH 44142-1399 |
| 9635008 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2026 18:46:01 | Citibank Cards, Attn: Officer or Manager, P.O. Box 790046, St. Louis, MO 63179-0046 |
| 9635009 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2026 18:45:52 | Citibank Fsb Connec, Attn: Officer or Manager, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 9635010 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2026 18:45:52 | Citicards Cbna, Attn: Officer or Manager, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 9635012 | ^ MEBN | Jul 02 2026 18:34:31 | Client Services, Inc., Attn: Officer or Manager, 514 Earth City Expy, Earth City, MO 63045-1312 |
| 9635015 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jul 02 2026 18:39:00 | Credit Collection Services, Attn: Officer or Manager, 725 Canton Street, Norwood, MA 02062-2679 |
| 9635017 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2026 18:38:00 | Department Of the Treasury Internal, Attn: Officer or Manager Revenue Service, P.O. Box 8208, Philadelphia, PA 19101-8208 |
| 9635018 | + Email/Text: mrdiscen@discover.com | Jul 02 2026 18:38:00 | Discover Card, Attn: Officer or Manager, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 9635025 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 02 2026 18:45:57 | JPMCB Card Services, Attn: Officer or Manager, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 9635026 | Email/Text: bankruptcydpt@mcmcg.com | Jul 02 2026 18:38:00 | Midland Credit Management, Attn: Officer or Manager, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 9635062 | + Email/Text: USCOURTSEBN@finance.nyc.gov | Jul 02 2026 18:38:00 | NYC Department of Finance, Attn: Officer or Manager, 59 Maiden Ln 28th Fl, New York, NY 10038-4502 |
| 9635028 | ^ MEBN | Jul 02 2026 18:34:52 | National Enterprise Systems, Inc, Attn: Officer or Manager, 29125 Solon Rd, Solon, OH 44139-3442 |
| 9635037 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2026 18:45:50 | Portfolio Recovery Associates, Lie, Attn: Officer or Manager, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 9635038 | + Email/Text: ngisupport@radiusgs.com | Jul 02 2026 18:38:00 | Radius Global Solutions, Attn: Officer or Manager, 500 North Franklin Turnpike, Ste 315, Mail Code 747, Ramsey, NJ 07446-1160 |
| 9635039 | + Email/Text: ngisupport@radiusgs.com | Jul 02 2026 18:38:00 | Radius Global Solutions, Attn: Officer or Manager, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 9635001 | Email/Text: bankruptcy@self.inc | Jul 02 2026 18:38:00 | Atlantic Capital Bank, Attn: Officer or Manager, P.O. Box 11, Southlake, TX 76092 |
| 9635042 | + Email/Text: rgonzales@taxserv.com | Jul 02 2026 18:38:56 | Taxserv Capital Services, Lie, Attn: Officer or |

District/off: 0205-5

User: admin

Page 3 of 3

Date Rcvd: Jul 02, 2026

Form ID: fnldec

Total Noticed: 48

| | | | | |
|---|---|---|---|---|
| | | | | Manager, 25 Prescott Street, 2nd Floor, West Hartford, CT 06110-2334 |
| 9635043 | + Email/Text: bankruptcy@uinet.com | | Jul 02 2026 18:38:00 | The United Illuminating Company, Attn: Officer or Manager, P.O. Box 847818, Boston, MA 02284-7818 |
| 9635044 | + Email/Text: bankruptcydepartment@tsico.com | | Jul 02 2026 18:39:00 | Transworld Systems Inc, Attn: Officer or Manager, P.O. Box 15130, Wilmington, DE 19850-5130 |
| 9635050 | + Email/Text: bankruptcynotices@sba.gov | | Jul 02 2026 18:38:00 | U.S. Small Business Administration (sba), Attn: Officer or Manager, 409 3rd Street, Sw, Washington De, DC 20416-0002 |
| 9635052 | + Email/Text: BAN5620@UCBINC.COM | | Jul 02 2026 18:38:00 | United Collection Bureau Inc, Attn: Officer or Manager, 5620 Southwyck Blvd., Toledo, OH 43614-1501 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026

Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Fabio Castro de Oliveira | fabbio1979@live.com |
| Kara S. Rescia | court@ctmalaw.com  CT23@ecfcbis.com;jenn@ctmalaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

# United States Bankruptcy Court

## District of Connecticut



In re:

Fabio Castro de Oliveira

Carina Castro Amorim
Debtor*

Case Number: 26–50161
Chapter: 7

### FINAL DECREE, DISCHARGE OF TRUSTEE,
### CANCELLING TRUSTEE'S BOND, AND CLOSING THE CASE

Pursuant to 11 U.S.C. § 350(a), and based on the record of this case, the Court concludes the estate of Fabio Castro de Oliveira and Carina Castro Amorim has been fully administered.

Pursuant to 11 U.S.C. § 554(c), unless the court orders otherwise, any property scheduled under 11 U.S.C. § 521(a)(1) not otherwise administered at the time of closing of a case is abandoned to the debtor and administered for purposes of 11 U.S.C. § 350. Accordingly, it is hereby

**ORDERED:** Kara S. Rescia is discharged as the Chapter 7 Trustee of the estate of Fabio Castro de Oliveira and Carina Castro Amorim; and it is further

**ORDERED:** the Chapter 7 Trustee's bond as it applies to this case is cancelled unless otherwise ordered; and it is further

**ORDERED:** the Chapter 7 case of Fabio Castro de Oliveira and Carina Castro Amorim is hereby closed.

Dated: July 2, 2026

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form fnldec – sr

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.